ROBERT B. ROSENSTEIN (SBN 90036)
Rosenstein and Associates
28600 Mercedes Street, Suite 100
Temecula, CA 92590
Telephone:   (951) 296-3888
Facsimile:    (951) 296-3889
E-mail: robert@thetemeculalawfirm.com

Attorneys for Reorganized Debtor

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>**SCHREINER'S FINE SAUSAGES, INC.,**<br><br>Debtor | Case No.: 2:20-bk-14808-ER<br><br>Chapter 11<br><br>**NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL DECREE AND CLOSING OF CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF WALTER THOMAS SCHREINER IN SUPPORT THEREOF**<br><br>Date: September 22, 2021<br>Time: 10:00 a.m.<br>Courtroom: 1568<br>Roybal Federal Building<br>255 East Temple Street<br>Los Angeles, CA 90012 |

**TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY JUDGE, PARTIES IN INTEREST, AND THE OFFICES OF THE UNITED STATES TRUSTEE:**

**PLEASE TAKE NOTICE** that pursuant to 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Local Bankruptcy Rule 3022-1, Chapter 11 Reorganized Debtor Schreiner's Fine Sausages, Inc. ("Debtor") will and hereby does respectfully move the Court for entry of a final decree and an order closing this bankruptcy case. This motion should be granted because the Debtor's confirmed Plan of Reorganization has been substantially consummated, plan payments have been timely made, and no

1    further benefits would be gained by keeping the case open.

2         This motion is made pursuant to 11 U.S.C. § 350(a), Fed. R. Bankr. P. 3022, and Local

3    Bankruptcy Rule 3022-1. It is based upon this Notice of Motion and Motion, the Supporting

4    Memorandum of Points and Authorities, the Declaration of Walter Thomas Schreiner, the arguments

5    of counsel, and any and all other evidence presented to the Court at or before the scheduled hearing.

6    If any party-in-interest wishes to object to the motion, such objection must be made in writing and

7    filed with the Court and served on the Debtor (through counsel of record) by no later than fourteen

8    (14) days prior to the scheduled hearing date. The closing of the case is contingent upon the Debtor

9    paying all fees due to the Office of the United States Trustee through the 3rd quarter of 2021.

10         **WHEREFORE**, the Debtor requests that this motion be granted, that a Final Decree be

11    entered, and this Chapter 11 case be closed.

12

13    Dated: 8/27/2021                Respectfully submitted,

14                                     Schreiner's Fine Sausages, Inc.,
a California corporation,
Reorganized Debtor

15

16                                     By: _Robert B. Rosenstein_____

17                                     Robert B. Rosenstein for
Rosenstein & Associates,
Attorneys for Schreiner's Fine Sausages, Inc.,

18                                     Reorganized Debtor

19

20

21

22

23

24

25

26

27

28

MOTION FOR ENTRY FINAL DECREE               2

1
2

## MEMORANDUM OF POINTS AND AUTHORITIES

## IN SUPPORT OF MOTION

3    Schreiner's Fine Sausages, Inc. ("Debtor") presents the following Statement of Facts and

4 Legal Authorities in support of this motion for entry of a final decree and to close this chapter 11

5 case.

6

7 I.    **BACKGROUND AND PLAN PERFORMANCE**

Schreiner's Fine Sausages, Inc., the Chapter 11 Reorganized Debtor, is a California

8 corporation ("Debtor"). The Debtor operates a family owned wholesale and retail fine meat market,

9 known as Schreiner's Fine Sausages, located at 3417 Ocean View Blvd., Glendale, California 91208

10 ("Family Business"). The Family Business has been located in Glendale since 1952, with the Family

11 Business now being managed by the third generation of Schreiners. Walter Thomas Schreiner holds

12 15% of the ownership in the Debtor, with the other 85% ownership held by his mother, Marcia

13 Schreiner. The Debtor's bankruptcy was precipitated in part by certain high interest merchant

14 finance agreements entered into by the Debtor as part of its efforts to maintain and grow business

15 operations, which the Debtor was ultimately unable to keep up with for reasons including the current

16 COVID-19 pandemic.

17    Ultimately, despite its best efforts, the Debtor was not able to stay current on all of these

18 obligations and had to file a Chapter 11 Voluntary Petition for Non-Individuals Filing for

19 Bankruptcy on May 26, 2020, thus starting case 2:20-bk-14808-ER. It is a "small business debtor"

20 as per 11 U.S.C. § 101(51D).

21    Operating over the past months as a debtor-in-possession, the Debtor improved its business

22 and financial structure. The Debtor was ultimately able to have its Chapter 11 Plan of

23 Reorganization (the "Plan") confirmed by the Court and an Order was entered on June 23, 2021

24 (Doc. No. 132), and the Plan's Effective Date of July 23, 2021 has passed.

25    Since then, the Debtor has been operating in accord with the terms of the Plan and related

26 state and federal law, and all pre-petition creditor claims are being serviced as specified under the

27 Plan. Specifically:

28

MOTION FOR ENTRY FINAL DECREE    3

DocuSign Envelope ID: FDBF56BB-2C9C-4461-A379-D340A61DD87A

a)      Administrative Claims.  The Debtor is current on its obligation to pay quarterly fees to the Office of the U.S. Trustee through the 2nd quarter of 2021 and will pay such fees as are due for the 3rd quarter of 2021 concurrently with the closing of this case.  The Debtor's retained professionals, Rosenstein & Associates and Global Tax & Accounting, Inc., have both filed their respective final fee applications simultaneously with this Motion to the Court.  Pending approval with this Court, said fee applications will be paid pursuant to agreements with the professionals.

b)      Priority Claims. All priority claims have been paid in full or are being paid in accord with specific agreements with each such claimant.  Priority tax claims are being paid overtime in accord with the terms of the Plan.

c)      Class 2/FC Marketplace, LLC, dba Funding Circle.  The Debtor is current on its Plan obligations to this creditor.  Pursuant to a Settlement Agreement between Debtor and FC Marketplace, LLC, payments to Class 2 in the amount of $245,888.72 are current in monthly installments in the amount of $4,612.11.

d)      Class 3/Celtic Bank Corporation.  No payments are due to this class under the Plan and none have been made.

e)      Class 4/BizFund, LLC.  No payments are due to this class under the Plan and none have been made.

f)      Class 5/Bank of America, N.A.  The Debtor is current on its Plan obligations to this creditor.  Pursuant to the terms of the Plan, monthly payments in the amount of $1,004.42 are current.

g)      Class 6/Non-Priority Unsecured Claims.  No payments are due to this class under of the Plan at this point in time and none have been made.  However, pursuant to a Settlement Agreement between Debtor and QuarterSpot, Inc., payments to this Class 6 creditor are current in monthly installments in the amount of $1,627.16.

h)      Class 7/Insider Claims.  No payments are due to this class under of the Plan at this point in time and none have been made.

MOTION FOR ENTRY FINAL DECREE                    4

DocuSign Envelope ID: FDBEF58B-2C6C-4461-A279-D310A61DD87A

i)       Class 8/Equity Interest of the Debtor. No payments are due to this class under of the Plan at this point in time and none have been made.

## II.   THE CASE SHOULD BE CLOSED

When a Chapter 11 estate is fully administered, the court should enter a final decree closing the case. 11 U.S.C. § 350; Fed. R. Bankr. P. 3022. Being "fully administered" does not require that all plan payments be completed, unless the language of the plan itself requires such a standard. In re Ground Systems, Inc., 213 B.R. 1016 (Bankr. 9th Cir. 1997); In re Jordan Manufacturing Company, Inc., 138 B.R. 30, 35-36 (Bankr. C.D. Ill. 1992). Rather, the general test is whether the plan has been "substantially consummated", as defiled at 11 U.S.C. § 1101(2), not on what ministerial or financial action are still to be carried out by the reorganized debtor. See Matter of Wade, 991 F.2d 402, 406-7, cert. denied sub nom., Wade v. Shook, 510 U.S. 870 114 S.Ct. 195 (1993); Walnut Associates v. Saidel, 164 B.R. 487 (E.D. Pa. 1994); In re Greenfield Drive Storage Park, 207 B.R. 913, 918 (Bankr. 9th Cir. 1997); In re BankEast Corp., 132 B.R. 665 (Bankr. D.N.H. 1991). The statute says that "substantial consummation" has occurred when three (3) tests are met: (A) that all or substantially all of the property to be transferred under the plan has been transferred; (B) that the debtor or its successor has assumed management over the debtor's business and/or property; and (C) that distributions under the plan have commenced. 11 U.S.C. § 1101(2).

In the present case, the Debtor has met the standard for entry of a final decree, and the Plan has been substantially consummated. No property transfers remain to be carried out under the Plan, the Debtor is running its own affairs and has control over its assets, and Plan distributions are being carried out on schedule.

Dated: 8/27/2021

Respectfully submitted,
Schreiner's Fine Sausages, Inc.,
a California corporation,
Reorganized Debtor

By: Robert B. Rosenstein
Robert B. Rosenstein for
Rosenstein & Associates,
Attorneys for Schreiner's Fine Sausages, Inc.,
Reorganized Debtor

## DECLARATION OF WALTER THOMAS SCHREINER

I, Walter Thomas Schreiner, declare as follows:

1.      I am the President and a shareholder of Schreiner's Fine Sausages, Inc., a California corporation and the Chapter 11 Reorganized Debtor in this case ("Debtor"). I make this declaration based upon my personal knowledge, and if called upon to testify, could and would competently testify truthfully thereto.

2.      Debtor is a California corporation and operates a family owned wholesale and retail fine meat market, known as Schreiner's Fine Sausages, located at 3417 Ocean View Blvd., Glendale, California 91208. I am its primary manager.

3.      The Debtor's bankruptcy was precipitated in part by certain high interest merchant finance agreements entered into by the Debtor as part of its efforts to maintain and grow business operations. Ultimately, despite its best efforts, Debtor was not able to stay current on all of these obligations and had to file a Chapter 11 Bankruptcy petition on May 26, 2020 (Case No. 2:20-bk-14808-ER).

4.      Since then, to my knowledge, the Debtor has been operating in accord with the terms of the Plan and related state and federal law, and all pre-petition creditor claims are being serviced as specified under the Plan. Specifically:

a)      Administrative Claims. The Debtor is current on its obligation to pay quarterly fees to the Office of the U.S. Trustee through the 2nd quarter of 2021 and will pay such fees as are due for the 3rd quarter of 2021 concurrently with the closing of this case. The Debtor's retained professionals, Rosenstein & Associates and Global Tax & Accounting, Inc., have both filed their respective final fee applications simultaneously with this Motion to the Court. Pending approval with this Court, said fee applications will be paid pursuant to agreements with the professionals.

b)      Priority Claims. All priority claims have been paid in full or are being paid in accord with specific agreements with each such claimant. Priority tax claims are being paid overtime in accord with the terms of the Plan.

MOTION FOR ENTRY FINAL DECREE                    6

DocuSign Envelope ID: F0BEF58B-2C6C-4461-A279-D310A61DD87A

1    c)    <u>Class 2/FC Marketplace, LLC, dba Funding Circle</u>. The Debtor is current on

2    its Plan obligations to this creditor. Pursuant to a Settlement Agreement between Debtor and FC

3    Marketplace, LLC, payments to Class 2 in the amount of $245,888.72 are current, in monthly

4    installments in the amount of $4,612.11.

5    d)    <u>Class 3/Celtic Bank Corporation</u>. No payments are due to this class under the

6    Plan and none have been made.

7    e)    <u>Class 4/BizFund, LLC</u>. No payments are due to this class under the Plan and

8    none have been made.

9    f)    <u>Class 5/Bank of America, N.A</u>. The Debtor is current on its Plan obligations

10   to this creditor. Pursuant to the terms of the Plan, monthly payments in the amount of $1,004.42 are

11   current.

12   g)    <u>Class 6/Non-Priority Unsecured Claims</u>. No payments are due to this class

13   under of the Plan at this point in time and none have been made. However, pursuant to a Settlement

14   Agreement between Debtor and QuarterSpot, Inc., payments to this particular Class 6 creditor are

15   current in monthly installments in the amount of $1,627.16.

16   h)    <u>Class 7/Insider Claims</u>. No payments are due to this class under of the Plan at

17   this point in time and none have been made.

18   i)    <u>Class 8/Equity Interest of the Debtor</u>. No payments are due to this class under

19   of the Plan at this point in time and none have been made.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28

MOTION FOR ENTRY FINAL DECREE                    7

5.    Based on the Debtor's total Plan and ordinary course of business distributions, Debtor estimates total disbursements in the amount of $533,204.55 for the 3rd quarter of 2021. I understand and intend that the Debtor will make a payment of $2,132.82 to the Office of the United States Trustee concurrently with the granting of the motion to close the case to cover quarterly fees due for that quarter.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 26 day of August , 2021, at Glendale , California.

_____
Walter Thomas Schreiner

MOTION FOR ENTRY FINAL DECREE                                    8

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: Rosenstein & Associates, 28600 Mercedes Street, Ste. 100, Temecula, CA 92590.

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF MOTION AND MOTION FOR ENTRY OF FINAL DECREE AND CLOSING OF CASE; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF WALTER THOMAS SCHREINER IN SUPPORT THEREOF,** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On August 27, 2021, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Shraddha Bharatia on behalf of Interested Party Courtesy NEF: notices@becket-lee.com
Katrina M Brown on behalf of Creditor QuarterSpot, Inc.: kbrown@pskbfirm.com
Oscar Estrada on behalf of Creditor LOS ANGELES COUNTY TREASURER AND TAX COLLECTOR: oestrada@ttc.lacounty.gov
Elizabeth A Lombard on behalf of Creditor American Express National Bank, c/o Zwicker & Associates, P.C.: elombard@zwickerpc.com, bknotices@zwickerpc.com
Randall P Mroczynski on behalf of Creditor Acar Leasing Ltd. d/b/a GM Financial Leasing: randym@cookseylaw.com
Robert B Rosenstein on behalf of Debtor:robert@thetemeculalawfirm.com; sylvia@thetemeculalawfirm.com; leah@thetemeculalawfirm.com; luke@thetemeculalawfirm.com
United States Trustee (LA): ustpregion16.la.ecf@usdoj.gov
Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA): hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov, kelly.l.morrison@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On August 27, 2021, I caused to be served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by having a true and correct copy thereof mailed in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed. A certificate of mailing is attached hereto.

Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560 / Courtroom 1568
Los Angeles, CA 90012

☒ Service information continued on attached page

**3. SERVED BY OVERNIGHT MAIL**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| August 27, 2021 | LEAH N. CANTU | |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

IN RE:

SCHREINER'S FINE SAUSAGES, INC.

CASE NO: 2:20-bk-14808-ER

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11

---

On 8/27/2021, I did cause a copy of the following documents, described below,

1. Notice of Motion and Motion for Approval of Professional Final Fees and Expenses of Bankruptcy Counsel; Memorandum of Points and Authorities; Declarations of Robert B. Rosenstein and Walter T. Schreiner in support thereof (Judge's Copy)

2. Notice of Motion and Motion for Approval of Professional Final Fees and Expenses; Memorandum of Points and Authorities; Declarations of David Garelick and Walter Thomas Schreiner in support thereof (Judge's Copy)

3. Notice of Motion and Motion for Entry of Final Decree and Closing of Case; Memorandum of Points and Authorities; Declaration of Walter Thomas Schreiner in support thereof (Judge's Copy)

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/27/2021

/s/ Robert B. Rosenstein
Robert B. Rosenstein  90036

Rosenstein & Associates
28600 Mercedes Street, Suite 100
Temecula, CA  92590

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

IN RE:

SCHREINER'S FINE SAUSAGES, INC.

CASE NO: 2:20-bk-14808-ER

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 8/27/2021, a copy of the following documents, described below,

1. Notice of Motion and Motion for Approval of Professional Final Fees and Expenses of Bankruptcy Counsel; Memorandum of Points and Authorities; Declarations of Robert B. Rosenstein and Walter T. Schreiner in support thereof (Judge's Copy)

2. Notice of Motion and Motion for Approval of Professional Final Fees and Expenses; Memorandum of Points and Authorities; Declarations of David Garelick and Walter Thomas Schreiner in support thereof (Judge's Copy)

3. Notice of Motion and Motion for Entry of Final Decree and Closing of Case; Memorandum of Points and Authorities; Declaration of Walter Thomas Schreiner in support thereof (Judge's Copy)

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/27/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert B. Rosenstein
Rosenstein & Associates
28600 Mercedes Street, Suite 100
Temecula, CA  92590

PARTIES DESIGNATED AS "NOT DESIGNATED" AND NOT A UNIFIED MAILING LIST
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS

HON. ERNEST M. ROBLES
255 E. TEMPLE STREET
SUITE 1560 / COURTROOM 1568
LOS ANGELES CA 90012

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

SCHREINER S FINE SAUSAGES, INC

CASE NO: 2:20-bk-14808-ER

**DECLARATION OF MAILING**
**CERTIFICATE OF SERVICE**

Chapter: 11

On 8/27/2021, I did cause a copy of the following documents, described below,

1. Notice of Motion and Motion for Approval of Professional Final Fees and Expenses of Bankruptcy Counsel; Memorandum of Points and Authorities; Declarations of Robert B. Rosenstein and Walter T. Schreiner in support thereof

2. Notice of Motion and Motion for Approval of Professional Final Fees and Expenses; Memorandum of Points and Authorities; Declarations of David Garelick and Walter Thomas Schreiner in support thereof

3. Notice of Motion and Motion for Entry of Final Decree and Closing of Case; Memorandum of Points and Authorities; Declaration of Walter Thomas Schreiner in support thereof

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/27/2021

/s/ Robert B. Rosenstein
Robert B. Rosenstein  90036

Rosenstein & Associates
28600 Mercedes Street, Suite 100
Temecula, CA  92590

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

IN RE:

SCHREINER S FINE SAUSAGES, INC

CASE NO: 2:20-bk-14808-ER

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 11

On 8/27/2021, a copy of the following documents, described below,

1. Notice of Motion and Motion for Approval of Professional Final Fees and Expenses of Bankruptcy Counsel; Memorandum of Points and Authorities; Declarations of Robert B. Rosenstein and Walter T. Schreiner in support thereof

2. Notice of Motion and Motion for Approval of Professional Final Fees and Expenses; Memorandum of Points and Authorities; Declarations of David Garelick and Walter Thomas Schreiner in support thereof

3. Notice of Motion and Motion for Entry of Final Decree and Closing of Case; Memorandum of Points and Authorities; Declaration of Walter Thomas Schreiner in support thereof

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/27/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert B. Rosenstein
Rosenstein & Associates
28600 Mercedes Street, Suite 100
Temecula, CA  92590

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA A UNITED STATES MAIL SERVICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
09732
CASE 2-20-BK-14808-ER
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES
FRI AUG 27 14-53-02 PDT 2021

ACAR LEASING LTD DBA GM FINANCIAL
LEASING
CO RANDALL P MROCZYNSKI
COOKSEY TOOLEN GAGE DUFFY  WOOG
535 ANTON BOULEVARD 10TH FLOOR
COSTA MESA CA 92626-1947

AMERICAN EXPRESS NATIONAL BANK CO
ZWICKER
80 MINUTEMAN ROAD
PO BOX 9043
ANDOVER MA 01810-0943

GLOBAL TAX  ACCOUNTING INC
GLOBAL TAX  ACCOUNTING INC
23822 VALENCIA BLVD STE 304
VALENCIA CA 91355-5353

LOS ANGELES COUNTY TREASURER AND TAX
COLLE
ATTN BANKRUPTCY UNIT
PO BOX 54110
LOS ANGELES CA 90054-0110

QUARTERSPOT INC
CO KATRINA M BROWN
755 BAYWOOD DRIVE
2ND FLOOR
PETALUMA CA 94954-5510

ROSENSTEIN  ASSOCIATES
28600 MERCEDES STREET SUITE 100
TEMECULA CA 92590-2716

DEBTOR
SCHREINERS FINE SAUSAGES INC
3417 OCEAN VIEW BLVD
GLENDALE CA 91208-1591

EXCLUDE
LOS ANGELES DIVISION
255 EAST TEMPLE STREET
LOS ANGELES CA 90012-3332

ACAR LEASING LTD DBA GM FINANCIAL
LEASING
PO BOX 183853
ARLINGTON TX 76096-3853

AMERICAN EXPRESS
PO BOX 0001
LOS ANGELES CA 90096-8000

AMERICAN EXPRESS
PO BOX 650448
DALLAS TX 75265-0448

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMERICAN EXPRESS NATIONAL BANK AENB
CO ZWICKER AND ASSOCIATES PC
ATTORNEYSAGENTS FOR CREDITOR
PO BOX 9043
ANDOVER MA 01810-0943

BANK OF AMERICA
PO BOX 15220
WILMINGTON DE 19886-5220

BANK OF AMERICA BUSINESS CARD
PO BOX 15710
WILMINGTON DE 19850-5710

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

BEROLINA BAKERY AND PASTRY SHOPS INC
3421 OCEAN VIEW BLVD
GLENDALE CA 91208-1508

BIZFUND LLC
2371 MCDONALD AVE 2ND FL
BROOKLYN NY 11223-4738

BLUEVINE ANDY SHAW
ATTN BLUEVINEANDY SHAW
401 WARREN ST SUITE 300
REDWOOD CITY CA 94063-1578

CA DEPT OF TAX  FEE ADMINISTRATION
ACCOUNT INFORMATION GROUP MIC29
PO BOX 942879
SACRAMENTO CA 94279-0029

CELTIC BANK CORPORATION
268 SOUTH STATE STREET
SUITE 300
SALT LAKE CITY UT 84111-5314

CHASE
LAND ROVER FINANCIAL GROUP
1820 E SKY HARBOR CIR S 150
PHOENIX AZ 85034-4875

CITI CARDS
PO BOX 78019
PHOENIX AZ 85062-8019

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703-4261

CORPORATION SERVICE COMPANY
PO BOX 2576
SPRINGFIELD IL 62708-2576

EMPLOYMENT DEVELOPMENT DEPARTMENT
BANKRUPTCY GROUP MIC 92E
PO BOX 826880
SACRAMENTO CA 94280-0001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA UNITED STATES MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FC MARKETPLACE LLC
747 FRONT ST 4TH FLOOR
SAN FRANCISCO CA 94111-1922

FC MARKETPLACE LLC
CO BECKET AND LEE LLP
PO BOX 3002
MALVERN PA 19355-0702

FRANCHISE TAX BOARD
BUSINESS ENTITY BANKRUPTCY MS A345
PO BOX 2952
SACRAMENTO CA 95812-2952

FUNDING CIRCLE USA FCAL
PO BOX 398976
SAN FRANCISCO CA 94139-8976

GM FINANCIAL
PO BOX 100
BUFFALO NY 14231-0100

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICES
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

LOS ANGELEE COUNTY TREASURER AND TAX
COLLECT
PO BOX 54110
LOS ANGELES CA 90054-0110

MARCIA L SCHREINER
3417 OCEAN VIEW BLVD
GLENDALE CA 91208-1508

MARCIA SCHREINER
3417 OCEAN VIEW BLVD
GLENDALE CA 91208-1508

QUARTERSPOT INC
345 SEVENTH AVENUE
SUITE 1100
NEW YORK NY 10001-5165

QUARTERSPOT INC
CO PARKER SIMON KOKOLIS  BROWN LLP
ATTN- KATRINA M BROWN ESQ
755 BAYWOOD DRIVE 2ND FLOOR
PETALUMA CA 94954-5510

US SMALL BUSINESS ADMINISTRATION
409 3RD ST SW
WASHINGTON DC 20416-0002

UNITED STATES TRUSTEE LA
915 WILSHIRE BLVD SUITE 1850
LOS ANGELES CA 90017-3560

WALTER THOMAS SCHREINER
27914 BROOKDALE CT
VALENCIA CA 91354-4906

ROBERT B ROSENSTEIN
ROSENSTEIN  ASSOCIATES
28600 MERCEDES ST STE 100
TEMECULA CA 92590-2716

ADDRESSES WHICH WERE TRANSMITTED ELECTRONICALLY THROUGH THE UNITED STATES BANKRUPTCY COURT'S
NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(U.S. Trustee)
United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017
represented by:
Hatty K Yip
Office of the UST/DOJ
915 Wilshire Blvd., Suite 1850
Los Angeles, CA 90017

hatty.yip@usdoj.gov

(Debtor)
SCHREINER'S FINE SAUSAGES, INC.
3417 Ocean View Blvd.
Glendale, CA 91208
Tax ID / EIN: 95-2704099
represented by:
Robert B Rosenstein
Rosenstein & Associates
28600 Mercedes St Ste 100
Temecula, CA 92590

robert@thetemeculalawfirm.com

Rosenstein & Associates
28600 Mercedes Street, Suite 100
Temecula, CA 92590
(Attorney)

(Creditor)
QuarterSpot, Inc.
c/o Katrina M. Brown
755 Baywood Drive
2nd Floor
Petaluma, CA 94954
represented by:
Katrina M Brown
Parker Simon Kokolis & Brown LLP
755 Baywood Dr 2nd Fl
Petaluma, CA 94954

kbrown@pskbfirm.com

(Creditor)
LOS ANGELES COUNTY TREASURER AND TAX
COLLECTOR
PO BOX 54110
LOS ANGELES, CA 90054-0110
represented by:
Oscar Estrada
P O Box 54110
Los Angeles, CA 90054

oestrada@ttc.lacounty.gov

(Accountant)
Global Tax & Accounting, Inc.
Global Tax & Accounting, Inc.
23822 Valencia Blvd. Ste. 304
Valencia, CA 91355

(Interested Party)
represented by:
Shraddha Bharatia
Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

notices@becket-lee.com

(Creditor)
American Express National Bank, c/o
Zwicker & Associates, P.C.
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-1041
represented by:
Elizabeth A Lombard
Zwicker and Associates, P.C.
80 Minuteman Rd
Andover, MA 01810

elombard@zwickerpc.com

(Creditor)
Acar Leasing Ltd. d/b/a GM Financial
Leasing
c/o Randall P. Mroczynski
Cooksey, Toolen, Gage, Duffy & Woog
535 Anton Boulevard, 10th Floor
Costa Mesa, CA 92626
represented by:
Randall P Mroczynski
Cooksey Toolen Gage Duffy & Woog
535 Anton Blvd 10th Fl
Costa Mesa, CA 92626-1947

randym@cookseylaw.com